```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 06235
   PATRICIA M WITT
   WILLIAM H WITT                         CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

           Debtor
   SSN XXX-XX-5836    SSN XXX-XX-5167

--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/23/05 and confirmed on 04/15/05.

     2.  The case was dismissed after confirmation, 04/11/2008.

     3.  The Debtor paid a total of $   25536.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE | MORTGAGE ARRE | 3114.47 | .00 | 3114.47 |
| COLLEN COURT CONDOMINIUM | SECURED | 2565.49 | .00 | 2565.49 |
| DUPAGE CREDIT UNION | SECURED | 6977.00 | 763.81 | 6977.00 |
| DUPAGE CREDIT UNION | SECURED | 7029.00 | 769.52 | 7029.00 |
| ACTION CARD MASTERCARD P | UNSECURED | 1287.37 | .00 | 103.21 |
| FIA CARD SERVICES | UNSECURED | 3177.54 | .00 | 254.75 |
| WORLD FINANCIAL NETWORK | UNSECURED | 537.19 | .00 | 43.07 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 521.51 | .00 | 41.81 |
| FLEET CREDIT CARD SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6765.41 | .00 | 542.40 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 448.86 | .00 | 35.98 |
| ROUNDUP FUNDING LLC | UNSECURED | 4909.92 | .00 | 393.64 |
| THE CASH STORE LOMBARD | UNSECURED | NOT FILED | .00 | .00 |
| SONIC PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | 936.17 | .00 | 75.06 |

```
           Summary of disbursements:
--------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED       OTHER        TOTAL

TOTAL CLMS ALLOWED  19685.96        .00    18583.97         .00     38269.93
PRINCIPAL PAID      19685.96        .00     1489.92         .00     21175.88
INTEREST PAID        1533.33        .00         .00         .00      1533.33
TOTAL PAID          21219.29        .00     1489.92         .00     22709.21
The Debtor's attorney, JOSEPH WROBEL ESQ             , was allowed $   2700.00
and was paid $    901.00  direct and $   1799.00  through the plan.

The Trustee received $   1027.79 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/18/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE










                            PAGE   2
         CASE NO. 05 B 06235 PATRICIA M WITT & WILLIAM H WITT